UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
UNITED STATES OF AMERICA,

                              **NOTICE OF APPEAL**

      -against-                     **Case No. 1:20-cr-00191 (MAD)**

WILLIAM HINES,

                      Defendant.
---------------------------------------------------------

    PLEASE TAKE NOTICE that the defendant, WILLIAM HINES, hereby appeals to the United States Court of Appeals for the Second Circuit from a judgment of conviction and sentence (Dkt. No. 97) of the United States District Court for the Northern District of New York entered in this action on August 21, 2023.

Dated:       August 30, 2023

                                        **E. STEWART JONES HACKER MURPHY, LLP**

                                        _____
                                        James C. Knox, Esq.
                                        Bar Roll No. 517109
                                        *Attorneys for William Hines*
                                        28 Second Street
                                        Troy, New York 12180
                                        518-274-5820

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
UNITED STATES OF AMERICA,

                -against-

WILLIAM HINES,

                              Defendant.
-----------------------------------------------------------

**CERTIFICATE OF SERVICE**

**Case No. 1:20-cr-00191 (MAD)**

I, James C. Knox, attorney of record for the above-named defendant, hereby certify that on August 30, 2023, I electronically filed the foregoing Notice of Appeal with the Clerk of the United States District Court for the Northern District of New York using the CM/ECF system, which sent notification of such filing to the United States of America. I have also sent a copy of the filed Notice of Appeal to my client William Hines who is presently incarcerated at the Albany County Correctional Facility at 840 Albany-Shaker Road, Albany, New York 12211.

                E. STEWART JONES HACKER MURPHY, LLP

                */s/ James C. Knox*

James C. Knox, Esq.
Bar Roll No. 517109
*Attorneys for William Hines*
28 Second Street
Troy, New York 12180
518-274-5820

2